Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER                                 :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                             :
                                                               :
---------------------------------------------------------------X
KRZYSZTOF PAJAK (AND WIFE, EWA                                 :  07-CV-4502-AKH
PAJAK),                                                        :
                                                               :
                                    Plaintiffs,                :  **NOTICE OF ADOPTION**
                                                               :  **OF ANSWER**
           - against -                                         :  **TO MASTER COMPLAINT**
                                                               :  **BY MERRILL LYNCH**
90 CHURCH STREET LIMITED                                       :
PARTNERSHIP, *et al.*,                                         :  **ELECTRONICALLY FILED**
                                                               :
                                    Defendants.                :
---------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-266713v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 14, 2007

DICKSTEIN SHAPIRO LLP

By: /s/ Judith R. Cohen_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
Kenneth H. Frenchman (KF-3635)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501
*Attorneys for Defendant*
MERRILL LYNCH & CO., INC.