John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                          :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------- x  Civil Action No.: 07CV4502
KRZYSZTOF PAJAK and EWA PAJAK,
                                                         :
                              Plaintiffs,                     **NOTICE OF BATTERY PARK**
                                                         :      **CITY AUTHORITY's**
        -against-                                            **ADOPTION OF ANSWER TO**
                                                         :      **MASTER COMPLAINT**
90 CHURCH STREET LIMITED PARTNERSHIP, ET.
AL.,                                                     :

                              Defendants.                    :
------------------------------------------------------------------- x

        PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY   PARK   CITY   AUTHORITY's   Answer   to   the   Master   Complaint   dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan

Disaster site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
        September 25, 2007

1699312.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00261

By:            _____
           John M. Flannery (JMF-0229)