UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| KRZYSZTOF PAJAK (AND WIFE, EWA PAJAK), | 07-CV-4502-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | |
| 90 CHURCH STREET LIMITED PARTNERSHIP, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York
       October 3, 2007

                             DICKSTEIN SHAPIRO LLP

                      By:    ___/s/ Judith R. Cohen___
                             Judith R. Cohen (JC-8614)
                             1177 Avenue of the Americas
                             New York, New York 10036
                             Phone: (212) 277-6500
                             Fax: (212) 277-6501
                             *Attorney for Defendant*
                             MERRILL LYNCH & CO., INC.