William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION           21 MC 102 (AKH)

――――――――――――――――――――――――X

KRZYSZTOF PAJAK (AND WIFE, EWA
PAJAK)
                                                                    NOTICE OF THE
                                                                    BROOKFIELD
                              v.                                    PARTIES' ADOPTION OF
                                                                    AMENDED ANSWER
                                                                    TO MASTER
                                                                    COMPLAINT

90 CHURCH STREET LIMITED PARTNERSHIP,
ET. AL.,                                                            CASE NUMBER: (AKH)
                                                                    07 CV 4502
――――――――――――――――――――――――X

PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       October 22, 2007

                                       Faust, Goetz, Schenker & Blee, LLP

                                       By: William J. Smith (WJS-9137)
                                       Attorneys for the Brookfield Parties
                                       Two Rector Street, 20th Floor
                                       New York, NY 10006
                                       (212) 363-6900